# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2023-0878
Lower Tribunal No. 22-MM-022059

———————————————

JASON AYCOX,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the County Court for Lee County.
H. Andrew Swett, Judge.

August 13, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and SMITH, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

Jason Aycox, Lawtey, pro se.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED